# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 18, 2024

Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Mr. Dayton Campbell-Harris
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
New York, NY 10004

Mr. Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, DC 20005

Ms. Sarah Xiyi Chen
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Aaron J. Curtis
Weil, Gotshal & Manges, L.L.P.
767 5th Avenue
New York, NY 10153-0119

Mr. Christopher D. Dodge
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Zachary Dolling

Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Ms. Ashley Alcantara Harris
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Jason Scott Kanterman
Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Ms. Savannah Kumar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Ms. Sophia Lin Lakin
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
18th Floor
New York, NY 10004

Mr. Christopher McGreal
Disability Rights Texas
North Texas Regional Office
1420 W. Mockingbird Lane
Suite 450
Dallas, TX 75247-4932

Mr. Marcos Mocine-McQueen
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.

Suite 400
Washington, DC 20001

Mr. Sean Morales-Doyle
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271

Mr. Uzoma Nkem Nkwonta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
San Antonio, TX 78205

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Elizabeth Ryan
Weil, Gotshal & Manges, L.L.P.
200 Crescent Court
Suite 300
Dallas, TX 75201

Mr. Edgar Saldivar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Ari J. Savitzky
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004-2400

Mr. Zachary Tripp
Weil, Gotshal & Manges, L.L.P.

2001 M Street, N.W.
Suite 600
Washington, DC 20036

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

     No. 24-50826   La Union del Pueblo Entero v. Abbott
                            USDC No. 5:21-CV-844
                            USDC No. 1:21-CV-780
                            USDC No. 1:21-CV-786

Dear Counsel:

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                             Sincerely,

                                             LYLE W. CAYCE, Clerk

                                             By: _____
                                             Melissa B. Courseault, Deputy Clerk
                                             504-310-7701