**Weil, Gotshal & Manges LLP**

2001 M Street NW, Suite 600
Washington, DC 20036
+1 202 682-7000 tel

**Zachary D. Tripp**
+1 (202) 682-7220
zack.tripp@weil.com

November 8, 2024

Lyle W. Cayce
United States Court of Appeals Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 10178

Re: *La Union del Pueblo Entero, et al. v. Gregory Abbott, et al.* (No. 24-50826) – Unopposed Letter Request to Extend Time for Response to State Defendants-Appellants' and Intervenor-Defendants-Appellants' Motion to Stay District Court Order and Permanent Injunction Pending Appeal

Dear Mr. Cayce:

We write on behalf of all Plaintiffs-Appellees in the above-referenced case. Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Fifth Circuit Rule 31.4, Plaintiffs-Appellees respectfully request a 10-day extension of time to file a response to State Defendants-Appellants' and Intervenor-Defendants-Appellants' Motion to Stay District Court Order and Permanent Injunction Pending Appeal (ECF. No. 70). Plaintiffs-Appellees' response is currently due on November 15, 2024. With the requested 10-day extension, Plaintiffs-Appellees' response would be due on November 25, 2024. Counsel for Plaintiffs-Appellees has conferred with counsel for State Defendants-Appellants and Intervenor-Defendants-Appellants, and they have indicated that they do not oppose this motion. This is Plaintiffs-Appellees' first request for an extension in this appeal.

Good cause exists for granting this extension because the numerosity of Plaintiffs-Appellees makes coordinating a response to the stay motion difficult absent an extension. Plaintiffs-Appellees are comprised of 18 organizations and individuals represented by numerous counsel from a variety of nonprofit organizations and law firms. A 10-day extension will allow Plaintiffs-Appellees sufficient time to coordinate, prepare, and submit a response.

Therefore, Plaintiffs-Appellees respectfully request that the Court grant this unopposed request, and extend the due date for Plaintiffs-Appellees' response to the stay motion by 10 days from November 15, 2024 to November 25, 2024.

Respectfully submitted,

*/s/ Zachary D. Tripp*
Zachary D. Tripp

Lyle W. Cayce
November 8, 2024
Page 2

**Weil, Gotshal & Manges LLP**

WEIL, GOTSHAL & MANGES LLP
2001 M Street, Suite 600
Washington, DC 20036
(202) 682-7220
zack.tripp@weil.com

*Counsel for Plaintiffs-Appellees*