

**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta**
**Program Office**
500 West Lanier Ave.
Suite 908
Fayetteville, GA 30214
*Tel:* 470.878.0785

**Chicago**
**Regional Office**
100 North LaSalle St.
Suite 1900
Chicago, IL 60602
*Tel:* 312.427.0701
*Fax:* 312.588.0782

**Los Angeles**
**Regional Office**
634 S. Spring Street,
11th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento**
**Program Office**
1512 4th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio**
**Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C.**
**Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

February 7, 2025

Hon. Lyle W. Cayce, Clerk of Court
United States Court of Appeals, Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

RE: *La Union del Pueblo Entero, et al. v. Gregory Abbott, et al.* (No. 24-50826)
Appellees' Joint Unopposed Level 1 Extension Request

Dear Mr. Cayce:

In accordance with Local Rule 31.4, all Appellees[1] in *LUPE v. Abbott*, 24-50826, jointly request a 30-day Level 1 extension of the deadline to file their briefs in response to Appellants[2]' opening briefs. This request is unopposed.

The requested extension would move Appellees' deadline to file their response briefs to the Appellants' briefs to March 26, 2025.

On November 7, 2024, the Court issued a briefing schedule and set the deadline for December 26, 2024, for Appellants' opening briefs. The Court then granted Appellants' Unopposed Motion for Extension of Time to File Appellants' Briefs and reset the deadline to January 24, 2025.

---

[1] Appellees are La Union Del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; FIEL Houston, Inc.; Friendship-West Baptist Church; Texas Impact; James Lewin; OCA-Greater Houston; League of Women Voters of Texas; LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; Voto Latino; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; Mi Familia Vota.

[2] Appellants are Governor Gregory W. Abbott; Attorney General Warren K. Paxton; Secretary of State Jane Nelson; the State of Texas; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee, Republican National Committee; and Sean Teare, Harris County District Attorney.

State-Appellants, Intervenor-Appellants, and the Harris County District Attorney's Office filed their opening briefs on January 24, 2025. Accordingly, Appellees' briefs in response are currently due on February 24, 2025.

Under the proposed 30-day Level 1 extension, Appellees' new briefing deadline would be March 26, 2025. Counsel for Appellees conferred with counsel for State-Appellants, Intervenor-Appellants, and Appellant Harris County District Attorney, and they responded that they do not oppose this request.

This request is for good cause and not for delay. Counsel for Appellees have numerous existing and upcoming briefing and litigation obligations that already have or will require significant time and attention, including:

- Dispositive motion in *Cellwitch v. Tile*, 4:19-cv-1315 (N.D. Cal.) due February 7, 2025;
- Oral argument in cross-appeals in *Softketeers Inc. v. Regal West Corp., et al.*, Nos. 24-150 24-451 (9th Cir.) on February 12;
- Trial scheduled in *Maltos Escutia v. Contreras*, No. 2022-L-004799 (Ill. Cook County. Cir. Ct. 1st Muni. Dist. Law Div.) on February 13-14, 2025;
- Merits briefing in *Perrigo Institutional Investor Group v. Joseph C. Papa, et al.*, No. 24-2861 (3d Cir.) due February 19, 2025; and
- Response brief in *La Union Del Pueblo Entero (LUPE) v. Abbott,* No. 24-50783 due February 21, 2025.

Appellees do not seek this extension for delay, but out of necessity, and in the interest of justice. Appellees respectfully request that the Court grant their unopposed request to extend the due date for Appellees' briefs in response to Appellants' briefs to March 26, 2025.

Respectfully submitted,

/s/ Nina Perales
Nina Perales
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
nperales@maldef.org

Michael C. Keats
Rebecca L. Martin
Jason S. Kanterman
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

One New York Plaza
New York, NY 10004
(212) 589-8000

*Counsel for La Unión del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Action; JOLT Action; William C. Velasquez Institute; FIEL Houston, Incorporated*

/s/ Leah J. Tulin
Leah J. Tulin
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
1140 Connecticut Avenue NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

Sean Morales-Doyle
Jasleen K. Singh
Parick A. Berry
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310

Zachary D. Tripp
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7220

Aaron J. Curtis
Charles Gehnrich
Natalie Howard
Augustus Ipsen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
*Counsel for Friendship-West Baptist Church; Texas Impact; James Lewin*

<u>/s/ Zachary Dolling</u>
Zachary Dolling
Sarah Chen
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073
zachary@texascivilrightsproject.org

Adriana Pinon
Thomas Buser-Clancy
Edgar Saldivar
Savannah Kumar
Ashley Harris
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146

Christopher McGreal
DISABILITY RIGHTS TEXAS
2222 West Braker Lane
Austin, TX 78758-1024
(512) 454-4816

Adriel I. Cepeda Derieux
Ari Savitzky
Sophia Lin Lakin
Dayton Campbell-Harris
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 284-7334

Jessica Ring Amunson
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000
Counsel for OCA-Greater Houston and
League of Women Voters of Texas

*Counsel for OCA-Greater Houston and*
*League of Women Voters of Texas*

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta
Christopher D. Dodge
Marcos Mocine-McQueen
Julie Zuckerbrod*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
(202) 968-4490
unkwonta@elias.law
cdodge@elias.law
mmcqueen@elias.law
jzuckerbrod@elias.law
*Admission pending

*Counsel for LULAC, Texas Alliance for Retired Americans, Texas AFT, and Voto Latino*

/s/ Victor Genecin
Victor Genecin
Brianna Della Williams
Uruj Sheikh
Maia Cole
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
vgenecin@naacpldf.org

Shira Wakschlag
Evan Monod
The Arc of the United States, Inc.
2000 Pennsylvania Ave. NW, Suite 500
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org
Monod@thearc.org

J. Michael Showalter
Derek Ha
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606

Tel: (312) 258-5561
j.michael.showalter@afslaw.com
derek.ha@afslaw.com

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

/s/ Courtney Marie Hostetler
Courtney Marie Hostetler
Amira M. Mattar
Free Speech for People
28 S. Main Street, Suite 200
Sharon, MA 02067
Telephone: (617) 249-3015
chostetler@freespeechforpeople.org
amira@freespeechforpeople.org

Bradley R. Prowant
Stoel Rivers, L.L.P.
33 S. 6th Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
bradley.prowant@stoel.com

*Counsel for Plaintiff Mi Familia Vota*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the 5th Circuit by using the appellate CM/ECF system. Participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Nina Perales
Nina Perales
