No. 24-50826

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

LA UNIÓN DEL PUEBLO ENTERO, *et al.*,
*Plaintiffs-Appellees*,

v.

GREGORY W. ABBOTT, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division,
No. 5:21-cv-00844, Judge Xavier Rodriguez

**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF
OF NON-PROFIT DISABILITY RIGHTS ORGANIZATIONS
IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

| | |
|---|---|
| MATT JONES<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>matt.jones@wilmerhale.com | ELISSA GERSHON<br>CENTER FOR PUBLIC<br>  REPRESENTATION<br>5 Ferry Street #314<br>Easthampton, MA 01027<br>egershon@cpr-ma.org |
| STEPHANIE LIN<br>VICTORIA L. MORENO<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>stephanie.lin@wilmerhale.com<br>victoria.moreno@wilmerhale.com | MEGAN RUSCIANO<br>CENTER FOR PUBLIC<br>  REPRESENTATION<br>820 First Street, NE Suite 750<br>Washington, DC 20002<br>mrusciano@cpr-ma.org |

April 2, 2025

*Counsel for Amicus Curiae*

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(3), and Fifth Circuit Rule 29.1, *amici curiae* non-profit disability rights organizations (collectively, "*Amici*") respectfully move for leave to file an *Amici Curiae* Brief in Support of Plaintiffs-Appellees and Affirmance. *Amici*'s proposed amicus brief is appended to this Motion as Exhibit 1.

## MOVANTS' INTERESTS

*Amici* are non-profit organizations dedicated to enforcing and expanding the rights of people with disabilities and seniors to maximize their autonomy and independence in all areas of their lives. Amici include the following organizations:

Access Ready

American Association of People with Disabilities

American Council of the Blind

Association of Programs for Rural Independent Living

Autistic Self-Advocacy Network

Judge David L. Bazelon Center for Mental Health Law

Center for Public Representation

CommunicationFIRST

Disability Rights Advocates

Disability Rights Education and Defense Fund

National Council on Independent Living

1

The National Disability Rights Network

National Federation of the Blind of Texas

New Disabled South

Self Advocates Becoming Empowered

United Spinal Association

*Amici* rely on legal strategies, direct service, advocacy (including self-advocacy), and policy reform to ensure people with disabilities have access to equal opportunity, economic power, independent living, and political participation. *Amici* represent millions of people with a range of disabilities, including physical, intellectual, developmental, cognitive, visual, and mental health disabilities.

## REASONS FOR AND RELEVANCE OF THIS AMICI BRIEF

Millions of Texas voters, including seniors and veterans, have some form of disability, and may require assistance in voting. The Texas law challenged by Plaintiffs-Appellees has, does, and will harm voters with disabilities and their chosen assistors. The burdens placed on disabled voters and their assistors by S.B.1. deters voters with disabilities from seeking—and trusted assistors from providing—needed assistance for voting, in violation of Section 208 of the Voting Rights Act.

Section 208 of the Voting Rights Act seeks to ensure that "[a]ny voter who requires assistance to vote by reason of blindness, disability, or inability to read or

write may be given assistance ***by a person of the voter's choice***," with the only exceptions being agents or officers of the voter's employer or union. 52 U.S.C. §10508 (emphasis added). S.B.1. undermines Section 208 by imposing new, additional disclosure and documentation requirements on would-be assistors; amending the assistor oath to require swearing "under ***penalty of perjury*** " that "the voter [they are] assisting represented [that] they are eligible to receive assistance," and the assistor "did not pressure or coerce the voter into choosing [them] to provide assistance"; and criminalizing compensation for assisting voters with their mail-in ballots, with limited and vague exceptions for caregivers. Texas Election Code §§64.0322(a); 64.034; §86.010(e); 86.0105(a), (c); 86.013(b). As the district court found, S.B.1 "leave[s] many voters in need of assistance with a choice between three dignitary harms—voting without any assistance, losing their privacy while voting, or foregoing the voting process altogether." ROA.37721-37721.

*Amici* seek to submit this brief in order to aid the Court in understanding the burdensome and chilling effect S.B.1 has on voters with disabilities and their assistors. Because of their work, *Amici* are well-positioned to offer their perspective regarding the impacts of S.B.1.

## CONCLUSION

For the foregoing reasons, *Amici* respectfully request that the Court grant leave to file an *amici curiae* brief in support of Plaintiffs-Appellees and Affirmance.

Respectfully submitted.

/s/ Matt Jones
_____

| | |
|---|---|
| MATT JONES<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>matt.jones@wilmerhale.com | ELISSA GERSHON<br>CENTER FOR PUBLIC<br>   REPRESENTATION<br>5 Ferry Street #314<br>Easthampton, MA 01027<br>egershon@cpr-ma.org |
| STEPHANIE LIN<br>VICTORIA L. MORENO<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>stephanie.lin@wilmerhale.com<br>victoria.moreno@wilmerhale.com | MEGAN RUSCIANO<br>CENTER FOR PUBLIC<br>   REPRESENTATION<br>820 First Street, NE Suite 750<br>Washington, DC 20002<br>mrusciano@cpr-ma.org |

## CERTIFICATE OF CONFERENCE

Pursuant to 5th Cir. R. 27.4, *Amici* conferred with counsel for the parties regarding the relief requested in this motion. Counsel for Plaintiffs-Appellees and Defendants-Appellants consent to the filing of this brief.

/s/ Matt Jones
_____
MATT JONES

April 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Matt Jones
MATT JONES

April 2, 2025