# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, **Nina Perales**
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

**24-50826**     **La Union del Pueblo Entero**   v.   **Abbott**
(Case Number)                                         (Short Title)

is scheduled for oral argument at **9:00 am** on **April 30, 2025** located in the
                                       (Time)                (Date)

**NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130**
(Location)

/s/ **Nina Perales**                                             **April 10, 2025**
(Signature)                                               (Date)

---

List all parties being represented for argument and select the party type

La Union del Publo Entero; Southwest Voer Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Ed.; Jolt Action; William C. Velasquez Institute; FIEL Houston, Inc.

☐ Appellant    ☒ Appellee    ☐ Cross Appellant    ☐ Cross Appellee    ☐ Amicus    ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

**THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:**

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Nina Perales for LUPE | 13 | |
| #2 | Victor Genecin for HAUL | 12 | |
| #3 | Zachary Dolling for OCA | 5 | |
| #4 | | | |
| #5 | | | |

SESSION # **40**

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]            [RESET FORM]