# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 29, 2025
Lyle W. Cayce
Clerk

---

No. 24-50826

---

La Union del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin; Mi Familia Vota;

*Plaintiffs—Appellees*,

*versus*

Gregory W. Abbott, *in his official capacity as Governor of Texas*; Warren K. Paxton, *in his official capacity as Attorney General of Texas*; State of Texas; Jane Nelson, *in her official capacity as Texas Secretary of State*; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee; Sean Teare, *Harris County District Attorney*,

*Defendants—Appellants*,

Republican National Committee

*Movant—Appellant*,

---

OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs- Appellees*,

*versus*

KEN PAXTON, *Texas Attorney General*,

*Defendant—Appellant*,

---

LULAC TEXAS; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT; VOTE LATINO,

*Plaintiffs—Appellees*,

*versus*

KEN PAXTON, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant*,

---

DELTA SIGMA THETA SORORITY, INCORPORATED; THE ARC OF TEXAS,

*Plaintiffs-Appellees*,

*versus*

GREGORY WAYNE ABBOTT, *in his official capacity as the Governor of Texas*; WARREN KENNETH PAXTON, JR., *in his official capacity as the Attorney General of Texas*,

*Defendants-Appellants*.

---

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 1:21-CV-780, 1:21-CV-786,
5:21-CV-844, 5:21-CV-848, 5:21-CV-920

---

## JUDGMENT

Before SMITH, GRAVES, and DUNCAN, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, the permanent injunction of §§ 6.03, 6.04, 6.05, 6.06, 6.07, and 7.04 is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.